United States District Court
Southern District of Texas

**ENTERED**
June 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-00852 |
|---|---|---|---|

| John Thuesen, Petitioner |
|---|
| *versus* |
| Lori Davis, Respondent |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Glenn A. Danas<br>Robins Kaplan LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067<br>310-552-0130<br>gdanas@robinskaplan.com<br>CA SBN: 270317 |
|---|---|

| Name of party applicant seeks to appear for: | John Thuesen |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __   No __ ✓ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/1/2020 | Signed: /s/ Glenn A. Danas |
|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 6/1/2020 | Clerk's signature [signature] |
|---|---|

## Order

This lawyer is admitted *pro hac vice*.

Dated: 6/1/2020

[signature]
United States District Judge