

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

August 24, 2022

**VIA ELECTRONIC MAIL**
United States District Court
Southern District of Texas
515 Rusk Avenue
Houston, TX 77002

Re:   *John Thuesen v. Bobby Lumpkin, Director*
      Civil Action No. H-20-cv-852

Dear Clerk:

     Attached please find State Court Records in the above referenced cause, which are being electronically filed with the Court. Thank you for your kind assistance in this matter.

Sincerely,


*/s/ Ellen Stewart-Klein*
ELLEN STEWART-KLEIN
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

ESK/cm
Enclosures