United States District Court
Southern District of Texas
**ENTERED**
July 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN THUESEN, <br> Petitioner, <br><br> v. <br><br> BOBBY LUMPKIN, Director, <br> Texas Department of Criminal Justice, <br> Correctional Institutions Division, <br> Respondent. | § § § § § § § § § § | H-20-CV-852 |

## ORDER

Eric J. Magnuson of Robins Kaplan LLP ("Robins Kaplan") has requested permission to withdraw as counsel for Petitioner John Thuesen. (Docket Entry No. 108). The Court **GRANTS** the motion. Eric J. Magnuson is hereby withdrawn as counsel of record.

SIGNED at Houston, Texas, on this 17th day of July 2023.

_____
KEITH P. ELLISON
United States District Judge