United States District Court
Southern District of Texas
**ENTERED**
September 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN THUESEN, § | | |
|     Petitioner, § | | |
| § | | |
| v. § | | H-20-CV-852 |
| § | | |
| BOBBY LUMPKIN, Director, § | | |
| Texas Department of Criminal Justice, § | | |
| Correctional Institutions Division, § | | |
|     Respondent. § | | |

## ORDER

Petitioner John Thuesen has filed a Third Unopposed Motion for Extension of Time to File Merits Brief & Motion for Factual Development. (Docket Entry No. 129). The Court **GRANTS** Thuesen's motion. Thuesen will file his brief and motion no later than **September 23, 2024**.

**SIGNED** at Houston, Texas, on this 6th day of September, 2024.

_____
KEITH P. ELLISON
United States District Judge