UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DARRELL THUESEN, § § Petitioner, § § v. § ERIC GUERRERO, Director, Texas Department of Criminal Justice, Correctional Institutions Division, § § § § Respondent. | § § § § § CAUSE NO. 4:20-cv-0852 § § § § CAPITAL HABEAS CASE § § § |

**NOTICE OF COUNSEL DEPARTURE**

Petitioner John Darrell Thuesen, by and through undersigned counsel, hereby gives notice that Tivon Schardl, former Chief of the Capital Habeas Unit for the Federal Public Defender for the Western District of Texas, has left the office and is no longer counsel of record on this case.

DATED: August 29, 2025

Respectfully submitted,

MAUREEN FRANCO
FEDERAL PUBLIC DEFENDER

/s/ Maureen Franco
MAUREEN FRANCO
Office of the Federal Public Defender
919 Congress, Suite 950
Austin, Texas 78701
737-207-3007
512-499-1584
maureen_franco@fd.org

*Attorney for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2025, I electronically filed the foregoing Petitioner's Notice with the Clerk of Court using the CM/ECF system, which will notify all counsel of record of this filing.

    */s/ Maureen Franco*
MAUREEN FRANCO
Attorney for Petitioner